MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 12-mj-70419 MAG |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER CHANGING HEARING DATE** |
| MICHAEL EARL PETTIS, | ) | **AND EXTENDING TIME LIMITS OF** |
| | ) | **RULE 5.1(c)** |
|     Defendant. | ) | |

    On April 23, 2012, the parties in this case appeared before the Court for a detention hearing.  At that time, the Court set the date for a preliminary hearing / arraignment for May 4, 2012, and extended the time limits provided by Federal Rule of Criminal Procedure 5.1(c). Pursuant to Rule 5.1(d), the defendant consented to this extension of time, and the parties represented that good cause exists for this extension, including the effective preparation of counsel.

    The parties hereby stipulate to move the May 4, 2012 preliminary hearing / arraignment to May 18, 2012, and further request to extend the time limits provided by Federal Rule of

STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-MJ-70419 MAG

Criminal Procedure 5.1(c).  Pursuant to Rule 5.1(d), the defendant consents to this extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 3, 2012                   /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: May 3, 2012                   /s/
BRENDAN CONROY
Attorney for MICHAEL EARL PETTIS

[PROPOSED] ORDER

For the reasons stated above, the Court moves the May 4, 2012 preliminary hearing / arraignment to May 18, 2012, and finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from May 4, 2012, through May 18, 2012, is warranted and that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case.

IT IS SO ORDERED.

DATED: 5/3/12

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-MJ-70419 MAG                                                                                        2