MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7200
    Facsimile:    (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 12-0438 RS |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER EXCLUDING TIME** |
| MICHAEL EARL PETTIS, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

    During the initial status hearing before the Court on June 19, 2012, the Court set August 7, 2012 as the date for a further status hearing.  At the June 19, 2012 hearing, the parties requested that the Court exclude the period from June 19, 2012, through August 7, 2012, from the time limits of 18 U.S.C. § 3161, on the basis of the need for effective preparation of counsel. Also at the hearing, the Court made findings that the ends of justice served by granting such an exclusion of time outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0438 RS

Through this stipulation, the parties request that the Court memorialize this exclusion through the attached proposed Order.

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: August 6, 2012         /s/
        KEVIN J. BARRY
        Assistant United States Attorney

DATED: August 6, 2012         /s/
        BRENDAN CONROY
        Attorney for MICHAEL EARL PETTIS

## [~~PROPOSED~~] ORDER

For the reasons stated above and at the June 19, 2012 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from June 19, 2012, through August 7, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would affect continuity of counsel, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/6/12         _____
        THE HONORABLE RICHARD SEEBORG
        United States District Judge