MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 12-0438 RS |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME** |
| MICHAEL EARL PETTIS, ) | |
|     Defendant. ) | |

    During the initial status hearing before the Court on June 19, 2012, the Court set August 7, 2012 as the date for a further status hearing. On August 7, 2012, however, the United States Marshals were unable to transport the defendant to court because of the circumstances of his housing in the local jail. No status hearing took place on that day.

    The parties hereby stipulate to reset the status hearing for September 11, 2012, at 2:30 p.m. The parties also request that the Court exclude the period from the date of this Order through September 11, 2012, from the time limits of 18 U.S.C. § 3161, on the basis of the need for effective preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME
CR 12-0438 RS

SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: August 18, 2012            /s/
                                    KEVIN J. BARRY
                                    Assistant United States Attorney

DATED: August 18, 2012            /s/
                                    BRENDAN CONROY
                                    Attorney for MICHAEL EARL PETTIS

## [PROPOSED] ORDER

For the reasons stated above, the Court sets the date for the next status hearing as September 11, 2012. The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from the date of this Order, through September 11, 2012, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would affect continuity of counsel, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/20/12

                                    THE HONORABLE RICHARD SEEBORG
                                    United States District Judge